DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREW A. AMICON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1169

[July 27, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case Nos. 99-014324 CF10A, 99-014325 CF10A, and 99-014327 CF10A.

Andrew A. Amicon, Avon Park, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., FORST and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***